ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Jacobs Technology Inc. | ) ASBCA Nos. 63711, 63712 |
| | ) |
| Under Contract No. HQ0796-17-D-0001 | ) |

APPEARANCE FOR THE APPELLANT:     Shaun C. Kennedy, Esq.
                                                          Holland & Hart LLP
                                                          Denver, CO

APPEARANCES FOR THE GOVERNMENT:     Samuel W. Morris, Esq.
                                                                  DCMA Chief Trial Attorney
                                                                Srikanti Schaffner, Esq.
                                                                  Trial Attorney
                                                                  Defense Contract Management Agency
                                                                  Carson, CA

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  January 24, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63711, 63712, Appeals of Jacobs Technology Inc., rendered in conformance with the Board's Charter.

Dated:  January 24, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals
